UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United Specialty insurance Company, | CASE NO. 15-cv-01039-HSG |
| Plaintiff(s), | |
| v. | AMENDED STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| MERIDIAN MANAGEMENT GROUP, INC.; *ET. Al*., | |
| Defendant(s). | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐   Non-binding Arbitration (ADR L.R. 4)
☐   Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
[X]   Private ADR (*please identify process and provider*) The parties have discussed proposed neutrals and mediation providers. A final consensus has not yet been reached as to the neutral to be selected.

The parties agree to hold the ADR session by:
[X]   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

☐   other requested deadline _____

Dated: May 22, 2015                    __/s/ Craig H. Bell_____
                                       Craig H. Bell, Esq.
                                       Attorney for Plaintiff United
                                       Specialty Insurance Company

CONTINUE TO FOLLOWING PAGE

Dated: May 22, 2015                        __/s/ Nancy Jean Strout_____
                                                               Nancy Jean Strout, Esq.
                                                             Attorney for Defendant National Union Fire Insurance Company of Pittsburg, PA

Dated: May 22, 2015                        __/s/ Shanti Eagle _____
                                                               Shanti Eagle, Esq.
                                                             Attorney for Defendant Meridian Management Group, Inc.

Attestation:

I, Craig H. Bell hereby attest, based upon my own personal knowledge, that concurrence in the filing of this Amended Stipulation has been obtained from each of the other Signatories hereto, which shall serve in lieu of their signatures on the document pursuant to Local Rule 5-1(i)(3).

I declare under penalty of perjury under the laws of the United States and State of California that the foregoing attestation is true and correct, and was executed on May 22, 2015 at Encino, California.

                                                                            __/s/ Craig H. Bell_____
                                                                              Craig H. Bell

CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

☒　The parties' stipulation is adopted and IT IS SO ORDERED.
☐　The parties' stipulation is modified as follows, and IT IS SO ORDERED.


Dated:  5/27/2015                              *Haywood S. Gill, Jr.*
                                               UNITED STATES DISTRICT JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

Page 3 of 3