# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MERIDIAN MANAGEMENT GROUP, INC.; JESSICA NAROG, an individual; HAL 305 HYDE SF, LLC; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>　　　　　Defendants. | Case No.:　　　15-cv-01039-HSG<br><br>[Assigned to Judge Haywood S. Gilliam, Jr.]<br><br>**ORDER RE DISMISSAL OF DEFENDANT JESSICA NAROG WITHOUT PREJUDICE**<br><br>Complaint filed: March 5, 2015 |

This matter is before the Court on the STIPULATION RE: DISMISSAL OF DEFENDANT JESSICA NAROG WITHOUT PREJUDICE (hereinafter, "Stipulation") entered into and executed by Plaintiff United Specialty Insurance Company (hereinafter "USIC") and Defendant Jessica Narog on June 8, 2015, through their respective counsel.  Said Stipulation was filed herein on June 09, 2015 [Court Docket, Doc. No. 39].

Pursuant to the terms of the Stipulation, and for good cause shown,

**IT IS HEREBY ORDERED** that Jessica Narog is dismissed as a Defendant in this Action, without prejudice, subject to the right of USIC to re-file or renew against Jessica Narog some or all

of the claims for relief that are the subject this Action. Pursuant to the Stipulation, Jessica Narog HAL 305 has acknowledged service of the Summons and Complaint herein and her subjection to the Court's jurisdiction in this Action.

**IT IS FURTHER ORDERED** that Jessica Narog shall be bound by all orders, findings, conclusions, determinations, decrees, stipulations, judgments, settlements and/or agreements made or entered into as between the remaining parties to this Action, in the same manner and to the same extent and effect as if Jessica Narog had remained a party to this Action and/or a party to any settlement agreement.

**IT IS FURTHER ORDERED** that USIC and Jessica Narog shall bear each of their own costs and attorneys' fees in connection with this dismissal of Jessica Narog without prejudice.

**IT IS FURTHER ORDERED** that all statute of limitations, statutes regarding prosecution of claims or time within which a trial must be held or judgment must be entered, and all defenses based upon delay and prosecution (collectively "Statute of Limitations") with respect to the claims of USIC against Jessica Narog provided for by law, equity or judicial decision shall be tolled as provided herein. In the event that USIC re-files or renews any claims in connection with this Action in the future against Jessica Narog, the period from March 5, 2015 up to and including the date of re-filing or renewal of such an action shall not be included for purposes of computing the applicable time periods for Statute of Limitations, but shall not in any way serve to extend any Statutes of Limitations that had already run as of March 5, 2015.

This **ORDER** does not pertain to any parties in this Action other than USIC and Jessica Narog, all of which remain parties to this Action with the exception of Jessica Narog.

DATED: 6/10/2015 _

*Haywood S. Gilliam Jr.*
The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge