Gary R. Selvin, State Bar No. 112030
Nancy J. Strout, State Bar No. 121096
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:  (510) 874-1811
Facsimile:   (510) 465-8976
E-mail:  gselvin@selvinwraith.com
         nstrout@selvinwraith.com

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> MERIDIAN MANAGEMENT GROUP, INC.; JESSICA NAROG, an individual; HAL 305 HYDE SF, LLC; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br> Defendants. | CASE NO.: 15-cv-01039-HSG <br><br> *Assigned To: Honorable Haywood S. Gilliam, Jr. Courtroom 15, 18th Floor* <br><br> **ORDER GRANTING EXTENSION OF TIME FOR NATIONAL UNION TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> Complaint Filed:  March 5, 2015 |
| MERIDIAN MANAGEMENT GROUP, INC., <br><br> Cross-Complainant, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; and DOES 1-25, inclusive, <br><br> Cross-Defendant. | Cross-claim Filed:  May 29, 2015 |

This matter is before the Court on the Stipulation re: Extension of Time to Respond to

1

1  Complaint (hereinafter "Stipulation") entered into and executed on August 20, 2015 by Plaintiff
2  United Specialty Insurance Company (hereinafter "USIC"), Defendant National Union Fire Insurance
3  Company of Pittsburgh, PA (hereinafter "National Union"), through their respective counsel.  Said
4  Stipulation was filed in this Action on August 20, 2015 [Court Docket, Doc. No. 52].

Pursuant to the terms of the Stipulation, and for good cause shown,

IT IS HEREBY ORDERED that National Union has up to and including Monday, August 31, 2015 in which to file a responsive pleading to Plaintiff's Complaint.

Dated: August 21, 2015

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge

178331.doc