```
1  Gary R. Selvin, State Bar No. 112030
   Nancy J. Strout, State Bar No. 121096
2  SELVIN WRAITH HALMAN LLP
   505 14th Street, Suite 1200
3  Oakland, CA 94612
   Telephone:    (510) 874-1811
4  Facsimile:    (510) 465-8976
   E-mail:  gselvin@selvinwraith.com
5           nstrout@selvinwraith.com

6  Attorneys for Defendant
   NATIONAL UNION FIRE INSURANCE
7  COMPANY OF PITTSBURGH, PA.

8
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, | CASE NO.: 15-cv-01039-HSG |
| Plaintiff, | *Assigned To: Honorable Haywood S. Gilliam, Jr. Courtroom 15, 18th Floor* |
| v. | **ORDER GRANTING EXTENSION OF TIME FOR NATIONAL UNION TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| MERIDIAN MANAGEMENT GROUP, INC.; JESSICA NAROG, an individual; HAL 305 HYDE SF, LLC; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., | Complaint Filed: March 5, 2015 |
| Defendants. | |
| MERIDIAN MANAGEMENT GROUP, INC., | Cross-claim Filed: May 29, 2015 |
| Cross-Complainant, | |
| v. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; and DOES 1-25, inclusive, | |
| Cross-Defendant. | |

This matter is before the Court on the Stipulation re: Extension of Time to Respond to

1

Complaint (hereinafter "Stipulation") entered into and executed on August 20, 2015 by Plaintiff United Specialty Insurance Company (hereinafter "USIC"), Defendant National Union Fire Insurance Company of Pittsburgh, PA (hereinafter "National Union"), through their respective counsel.  Said Stipulation was filed in this Action on August 28, 2015 [Court Docket, Doc. No. 54].

Pursuant to the terms of the Stipulation, and for good cause shown,

IT IS HEREBY ORDERED that National Union has up to and including Wednesday, September 9, 2015 in which to file a responsive pleading to Plaintiff's Complaint.

Dated: August 28, 2015

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge

179021.doc