United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>     v.<br><br>MERIDIAN MANAGEMENT GROUP, INC., et al.,<br><br>             Defendants. | Case No.  15-cv-01039-HSG<br><br>**ORDER GRANTING STIPULATION FOR ADDITIONAL TIME**<br><br>Re: Dkt. No. 57 |

Pending before the Court is the stipulation between Plaintiff United Specialty Insurance Company and Defendant National Union Fire Insurance Company of Pittsburgh, PA, permitting National Union until September 16, 2015 to respond to the operative complaint in this action. *See* Dkt. No. 57.

The Court observes that this is the third stipulated request by United Specialty and National Union to extend National Union's deadline to file a responsive pleading. *See* Dkt. Nos. 52 and 54. Accordingly, while the Court will grant the parties' third request for additional time, any further extensions will be denied absent a detailed showing of good cause. Absent a further order from the Court, National Union must file a responsive pleading to United Specialty's Complaint no later than Wednesday, September 16, 2015.

**IT IS SO ORDERED.**

Dated: September 10, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge