MEREDITH, WEINSTEIN & NUMBERS, LLP
Barron L. Weinstein (Bar No. 067972)
bweinstein@mwncov.com
Shanti Eagle (Bar No. 267704)
seagle@mwncov.com
115 Ward Street
Larkspur, CA 94939
Telephone:   (415) 927-6920
Facsimile:   (415) 927-6929

*Attorneys for Defendant*
Meridian Management Group, Inc.

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MERIDIAN MANAGEMENT GROUP, INC.; JESSICA NAROG, an individual; HAL 305 HYDE SF, LLC; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Defendants. | CIVIL ACTION NO.: 3-15-cv-01039-HSG<br><br>**ORDER TO CONTINUE DISCOVERY DEADLINES**<br><br>**Assigned to:   Hon. Haywood S. Gilliam, Jr.**<br><br>Action Filed:   March 5, 2015<br><br>Trial Date: 6/13/16 |
| MERIDIAN MANAGEMENT GROUP, INC.,<br><br>Cross-Complainant,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,; and DOES 1-25, inclusive,<br><br>Cross-Defendants. | |

**ORDER**

Pursuant to Stipulation of the parties, and for good cause shown, **IT IS HEREBY ORDERED** that the deadlines for completion of discovery previously set are continued, as follows:

a)   Completion of fact discovery is continued 21 days, from December 7, 2015, to

1  December 28, 2015;

2  b) Initial expert disclosures are continued 21 days, from December 21, 2015, to January
3     11, 2016;

4  c) Rebuttal expert disclosures are continued 21 days, from January 4, 2016, to January 25,
5     2016;

6  d) Reply expert disclosures are continued 21 days, from January 11, 2016, to February 1,
7     2016;

8  e) Completion of expert discovery is continued 21 days, from January 18, 2016, to
9     February 8, 2016.

10

11 Dated:  November 9, 2015

12                                                   Hon. Haywood S. Gilliam, Jr.
                                                     United States District Judge